5543 Edmondson Pike
Ste 248
Nashville, TN 37211

US District Court
7940 Preston Road
Plano, TX 75024

**RECEIVED**

DEC 2 0 2017

Clerk, U.S. District Court
Texas Eastern



USPS® FIRST-CLASS MAIL®
U.S. POSTAGE $1.82
FCM LG ENV
75074
Date of sale 12/18/17
0 lb. 4.10 oz.

SHIP TO:
PLANO TX 75024



ZIP
(420) 75024