**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>　　　　Plaintiff,<br>　v.<br><br>ZEETO GROUP, LLC and STEPHEN GOSS,<br><br>　　　　Defendants. | No. 4:17-cv-00882-ALM-CAN |

**ORDER GRANTING DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

　　　On this day, the Court considered Defendants' Motion to Dismiss Plaintiff's Complaint. Having considered all of the briefing on the Motion and the evidence presented by Counsel, the Court finds good cause to grant Defendants' Motion.

　　　It is therefore ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED.