**FILED**

FEB 15 2018

Clerk, U.S. District Court
Texas Eastern

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CRAIG CUNNINGHAM
   5543 EDMONDSON PIKE
   STE 248
   NASHVILLE, TN 37211

   4:17CV882    ORDER [8]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature 
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7014 2120 0004 3005 2074

PS Form 3811, July 2013          Domestic Return Receipt