Ex D



**TacoBell**
Oct 22, 2017

Enter to win a BIG home goods package, kitchen sets, tools, sporting goods, & more.

You also get a FREE Cooking Ebook!

**Message details**

Type: Text message
From: 45894
Received: Oct 23, 2017, 20:08

Calm down **Lynda**! Still 35 Kobalt freebie tool bundles left in warehouse. Hurry clocks ticking for you!

Claim here: https://j.getitfree.us/go/