EXA

**45894**

Congrats!
GetitFree has your FREE samples & giveaways.
http://getitfree.us/welcome
Reply HELP for help, or STOP to opt out.
3 msgs/wk, Msg&data rates may apply.
Oct 22, 2017

YO **Lynda**! Only 50 free giftcards left for today. Going fast, Free Tacobell gift cards!

Get it today: https://j.getitfree.us/go/TacoBell
Oct 22, 2017

Enter to win a BIG home goods package, kitchen sets, tools, sporting goods, & more.

You also get a FREE Cooking Ebook!
https://getitfree.us/homegrandprize
Oct 23, 2017

Type message





3G 14:40

45894

gift cards!

Get it today: https://j.getitfree.us/go/TacoBell

Oct 22, 2017

Enter to win a BIG home goods package, kitchen sets, tools, sporting goods, & more.

You also get a FREE Cooking Ebook! https://getitfree.us/homegrandprize

Oct 23, 2017

Enter to win a BIG home goods package, kitchen sets, tools, sporting goods, & more.

You also get a FREE Cooking Ebook! https://getitfree.us/homegrandprize

Oct 23, 2017

Calm down **Lynda**! Still 35 Kobalt freebie tool bundles left in warehouse. Hurry clocks ticking for

Type message

> Enter to win a BIG home goods package, kitchen sets, tools, sporting goods, & more.
>
> You also get a FREE Cooking Ebook! https://getitfree.us/homegrandprize
>
> Oct 23, 2017

> Calm down **Lynda**! Still 35 Kobalt freebie tool bundles left in warehouse. Hurry clocks ticking for you!
>
> Claim here: https://j.getitfree.us/go/KobaltTool
>
> Oct 24, 2017

> Body Works smells delicious & heals dry skin! You want in?
>
> Claim up to 3 FREE Products: https://getitfree.us/BathandBodyWork Reply Stop to opt out
>
> Nov 2, 2017

3G 14:39

45894

Hey **Lynda**. You're a huge Harley fan, right? Check out these sweet freebies I just found! https://j.getitfree.us/go/harleykit Reply Stop to opt out.

Nov 4, 2017

It's time to cozy up, **Lynda**. Cuddle up next to the fireplace with some FREE Starbucks holiday set!

Claim here: https://j.getitfree.us/go/starbucksholidayset

Nov 7, 2017

Hey, **Lynda**. Heard you can't get enough of your snacks. Is that true? If it is, here's a link to a FREE box of snacks: https://getitfree.us/freesnackbox

Nov 9, 2017

Pasta night & unlimited bread sticks for **Lynda**! Here's free Olive Garden giftcard on me! https://j.getitfree.us/go/olivegarden Reply Stop to opt out

Type message

3G 14:39
45894
Hey, **Lynda**. Heard you can't get enough of your snacks. Is that true? If it is, here's a link to a FREE box of snacks: https://getitfree.us/freesnackbox
Nov 9, 2017
Pasta night & unlimited bread sticks for **Lynda**! Here's free Olive Garden giftcard on me! https://j.getitfree.us/go/olivegarden Reply Stop to opt out
Nov 14, 2017
**Lynda** I found this FREE MAC makeup gift. Give it to someone you love or just keep it? Claim set here>> https://j.getitfree.us/go/MACmakeup
Nov 16, 2017
We care about you... alot.
Beat the crowd to Walmart! How bout a FREE Beauty Box Set from them **Lynda**?! http://claim.getitfree.us/walmartkit
Nov 20, 2017
Type message

3G 14:39

45894

WE DID IT!

We have Free Target gift cards to ship out. Be prepared for Black Friday! Claim your card here >>> https://j.getitfree.us/go/TargetCard

Nov 21, 2017

Want a free phone case, **Lynda**? How bout a free wallet? Well, you can get both here! http://claim.getitfree.us/phonewallet

Nov 24, 2017

I got lazy & forgot to go Black Friday Shopping.You're not alone! So here's a FREE Victoria's Secret gift set! https://j.getitfree.us/go/VictoriaSecretSet

Nov 25, 2017

Pitch a tent, catch some fish or SURVIVE! Do all this and more with this FREE Titan SurvivorCord! http://claim.getitfree.us/SurvivalCord

Type message

3G 14:39

45894

Pitch a tent, catch some fish or SURVIVE! Do all this and more with this FREE Titan SurvivorCord! http://claim.getitfree.us/SurvivalCord

Nov 27, 2017

NOOOO stuck without toilet paper **Lynda**? I found this free Charmin rolls for you! We save lives too. https://j.getitfree.us/go/FreeCharmin

Nov 28, 2017

Would you drive to Arby's or Popeyes. Your friend's decision won't matter. Pick wisely to receive a FREE gift card. http://claim.getitfree.us/PopeyesvsArbys

Nov 30, 2017

What's better than one Thickburger from Carl's Jr.? TWO FREE Thickburgers from Carl's JR! http://claim.getitfree.us/CarlsJr

Dec 1, 2017

Type message













