3/2/2018 Case 4:17-cv-00882-RAS-CAN   Document 13-2   Filed 03/06/18   Page 1 of 5 PageID #: 166
Privacy Notice / Your California Rights - Get it Free

Ex B

# Privacy Notice / Your California Rights

Privacy Notice/Your California Privacy Rights

Last Updated on July 18, 2017

GETITFREE.US PRIVACY NOTICE — IMPORTANT — PLEASE READ

This website is operated by Get it Free ("Get it Free," "We," "Us," or, "Our"). This privacy notice (the "Privacy Policy") discloses the information gathering and dissemination practices for the Get it Free website, mobile applications, electronic services, and social networking sites (collectively, the "Site"). We provide this policy to help you understand how we treat the information collected and how such information is used and shared.

Please note that by using this Site and our services, you agree to the terms of this Privacy Policy. If you do not agree with the terms described in this Privacy Policy, please do not provide us with your personal information or interact with the Site.

Please also review our Terms of Use (https://getitfree.us/terms), which govern your use of the Site, and the Privacy Policies (https://getitfree.us/offers) of our Third Party Advertisers, should you choose to sign up for any of their offers.

WHAT INFORMATION IS OBTAINED?

<u>User Provided Information</u> - When you register with us or use the Site, you may provide us certain information voluntarily. This may include: (a) your name, mobile or residential phone number, zip code, e-mail address, postal address, date of birth, gender, answers to survey questions and other registration information; (b) transaction-related information, such as when you enter into sweepstakes, respond to any offers, or download or use applications from us; (c) information you provide us when you contact us; (d) information you enter into our system when using the Site, such as contact information which is clearly labeled at the time you submit it; and (e) information you post on our Site.

<u>Automatically Collected Information</u> – When you use the Site, we automatically collect certain information from you, such as Internet addresses, browser type, Internet Service Provider (ISP), referring and exit page, operating system, timestamps, clickstream data, the type of mobile device you use, your mobile device's unique device ID, the IP address of your mobile device, and your mobile operating system. We also track and analyze non-identifying and aggregate usage

and volume statistical information from our visitors and customers. This information is logged and used for purposes such as to help diagnose technical problems and to administer our Site so that we can constantly improve it.

*Cookies.* Cookies are small data files placed in your browser. Cookies transmit information such as session ID, user ID, and conversion data. This information helps website providers recognize a browser or mobile device and helps us gather information such as how many users have visited our site and which pages and advertisements have been seen and clicked on. We use first-party cookies and third-party cookies together to report ad impressions, other uses of ad services, and interactions with ad impressions related to your visit to our Site. Such information is used to tailor your experience on our Site.

*Third-Party Analytics.* We may collect certain information via third-party analytics services and data providers, which may collect your non-sensitive user information. This may include: the information you provide us, your session ID, your user ID, your interest data, and conversion data. This information provides us with tools to calculate the numbers and frequency of visitors on the Site and to understand how you and other users use the Site so to improve your experience.

- *Google Analytics.* We enable Google Analytics to support Display Advertising. We have implemented the following Google Analytics features to support Display Advertising: Remarketing, Google Display Network Impression Reporting, DoubleClick Campaign Manager integration, Google Analytics Demographics and Interest Reporting. You may opt out of Google Analytics for Display Advertising and customize Google Display Network advertisements at http://www.google.com/settings/ads (http://www.google.com/settings/ads)

    - *Remarketing with Google Analytics.* We use Remarketing with Google Analytics to advertise online. Third-party vendors, including Google, may show our ads on sites across the Internet. Both ourselves and third-party vendors, including Google, use first-party cookies (such as the Google Analytics cookie) and third-party cookies (such as the DoubleClick cookie) together to inform, optimize, and serve ads based on your past visits to our website.
    - *Google Display Network Impression Reporting and DoubleClick Campaign Manager integration.* Both ourselves and third-party vendors, including Google, use first-party cookies (such as the Google Analytics cookie) and third-party cookies (such as the DoubleClick cookie) together to report how our ad impressions, other uses of ad services, and interactions with these ad impressions and ad services are related to visits to our site.

3/2/2018 Case 4:17-cv-00882-RAS-CAN Privacy Notice / Your California Rights - Get It Free Document 13-2 Filed 03/06/18 Page 3 of 5 PageID #: 168

EX B

- - *Google Analytics Demographics and Interest Reporting.* We use data from Google's Interest-based advertising or third-party audience data (such as age, gender, and interests) with Google Analytics to match you with the right message and show you advertisements that are more relevant to your interests.
  - *Data Providers.* We may work with data providers who may collect web log data from you (including IP address and information about your browser or operating system), place, or recognize a unique cookie on your browser to enable you to receive customized ads, personalized e-mail or content. Such cookies do not contain any personally identifiable information, but reflect de-identified demographic or other data linked to the data you voluntarily submitted to us (e.g. your e-mail address that is shared solely in hashed, non-human readable form).
    - *Criteo.* We work with Criteo to personalize ads for visitors to enhance their browsing experience. To learn more or opt out of Criteo email, visit: http://privacy.criteoemail.com/us/privacy-policy.html (http://privacy.criteoemail.com/us/privacy-policy.html).
    - *Traverse.* We work with Traverse to provide interest based advertisements to you. Traverse may associate your information with other information, such as offline purchase information, to display offers or deals that may be of interest to you and may use device identifiers in their applications in connection with targeted advertisements. To learn more about Traverse, visit: http://www.traversedlp.com/traverse-privacy-policy.html.

## HOW IS THE COLLECTED INFORMATION SHARED?

We use the information that we collect for purposes including to provide our services, send you samples or offers that you request, contact you regarding new promotions, improve our Site, resolve disputes, troubleshoot problems, and enforce our customer agreements. We also use this information—directly, indirectly, and in combination with data we share with other parties—to introduce you to informational, service, and/or product offerings of getitfree.us and/or its subsidiaries, affiliated companies, partners, advertisers, select unaffiliated companies, unaffiliated list brokers, affiliate marketers, companies that want to advertise other products/services, assigns, and/or brands that are owned by, licensed by, and/or partnering with getitfree.us (collectively, "Affiliates"). We do this by transferring, licensing, and/or sharing your information with Affiliates so they may correspond with you and provide you with marketing materials and/or promotions that may be of interest to you. Affiliates may also transfer, and/or share your information with unaffiliated list

brokers, affiliate marketers, and/or companies that want to advertise other products and/or services. Once a third party obtains your information, its subsequent use is controlled by the privacy policies and terms of use of the third party.

*Third Party Advertisers:* We work with several Third Party Advertisers and may share some of your information with these Third Party Advertisers to provide you with the best deals and offers available that we believe will be of interest to you. You may see any of these Third Party Advertiser's ads or offers on the Site. Any survey question on any survey page is optional and is not required to qualify for any reward. When you answer any survey question, we will transfer some or all of the information that you submit during the website registration process to Affiliates that we believe, based on your answer, may be of interest to you. Once a Third Party Advertiser receives the information you submit to them, their use of your information is controlled by the privacy policy (https://getitfree.us/offers) of that third party.

*Emails & Newsletters:* When submitting any information on our website you expressly authorize Get It Free and Affiliates to use your personal information as explained in this privacy policy, and you consent to receiving commercial email from Get It Free and Affiliates. You can expect to receive offers regarding specific products and/or services, newsletters, sweepstakes announcements, promotions, and other similar offers. Should you wish to discontinue receiving these e-mails simply unsubscribe using the link in the email you receive.

*Other Data Sharing:* In addition, we may share information that we collect with our vendors or service providers who help us operate our business; in response to a subpoena or similar investigative demand, a court order, or a request for cooperation from a law enforcement or other government agency; to establish or exercise our legal rights; to defend against legal claims; when we believe disclosure is necessary to investigate, prevent, or take action regarding illegal activity, suspected fraud or other wrongdoing; to protect and defend the rights, property, or safety of our company, our employees, our web site users, or others; or to enforce our website terms and conditions or other agreements or policies. We may also transfer any data we collect in connection with a corporate change such as a merger, our acquisition by another company, or a partial or total sale of our assets (including as part of a bankruptcy proceeding).

## MOBILE TERMS AND CONDITIONS

==When you register with us or use the Site, you may provide us with your mobile telephone number for the specific purpose of being contacted via telephone calls or text (SMS) messages. When providing us with your mobile number and checking the box to sign up for text message updates and offers, you are providing us with your consent to receive automated phone calls or text messages from or on behalf of Get it Free, some of which may be conducted via an automatic dialing system.== Further, you understand that consent is not required as a condition of purchase.

We do not charge you for receiving mobile text messages, but message and data rates may apply from your mobile carrier or service provider. Your mobile carrier may collect data about your wireless device usage. Any charges from your mobile carrier or data collection by your mobile carrier are governed by your mobile carrier's policies and not by our terms. We may collect data in connection with the text messaging service, including your name, mobile number, mobile service provider or carrier's name, and any other information you may provide us. This information is used to contact you and provide the services as described within. Get it Free is not liable for any undelivered messages or delays of text messages.

WHAT ARE MY OPT-OUT RIGHTS?

- <u>Get It Free Newsletter</u>: You may unsubscribe by clicking the link in the email you receive or by clicking here: Unsubscribe (https://getitfree.us/manage/preferences?emu=1&email=ZC5jYXJwaW9AemVldG9ncm91cC5jb20%3D). You may also unsubscribe by sending an e-mail to support@getitfree.us (mailto:support@getitfree.us).

- <u>Mobile Communications</u>. If you no longer wish to receive telephonic communications via your mobile device, you may unsubscribe at any time by texting "STOP" in response to the message(s) you receive. You may receive a confirmation message or further instructions on how to completely unsubscribe if you have registered to multiple mobile offers. You may also text "HELP" in response to the message(s) you receive to get more information.

- <u>Tracking and Advertising</u>: At this time, when we collect information from you for the purpose of tracking your online activities over time and across third-party websites or online services, we do not respond to "Do Not Track" signals or frameworks requesting an alteration to our online tracking of individual users who visit our Site or use our services. Our Site may include third party advertising and links to other websites. We may work with third-party advertising networks and advertisers who help deliver these ads to you and