SIGN IN (/SIGN-IN/)   REGISTER (/SIGN-UP/)

Two-way messaging works with either a short code or long number that enables your customers to reply to your SMS messages. Research has shown that as much as 64% of customers want to be able to engage with companies via two-way messaging and short code messaging enables businesses to do just that.

Enabling SMS short code numbers for your business will allow you to receive messages and replies from your customers, starting meaningful two-way conversations with them. So, what is this short code business all about, how does it work, and how can it benefit your business? Let's take a look.

## What is a short code?

A short code is a memorable 5 or 6 digit number ideal for SMS marketing campaigns, lead generation, and promotions where you want people to easily remember your number. This 5 or 6 digit 'from' number can easily be memorized by your customers, suppliers or employees.

See more

## What are the benefits of using a short code for your business?

The greatest advantage of using a short code is that it can be easily remembered, making it simple for recipients to reply to your messages forming the basis of any great SMS marketing platform.