EX F

**LONG CODES**
**333-555-1234**
(10 DIGIT NUMBER)

> Hi, Andrea, here's a new position I think you'd be perfect for: http://tinyurl.com/hqm5fuq. Would you like to come in for an interview?
> - Nate

- 10-digit number that looks like a traditional phone number
- Tied to a text-enabled phone line, routed through a phone or an app on your computer
- Use it for texting, voice calls, and more

Firms use long-code texting to connect with their clients in a meaningful way.

# Face-off!
## Long Code vs. Short Code

| Feature | Long-Code Texting | Short-Code Texting |
|---|---|---|
| Communication | Two-way personalized communication | One-way mass communication |
| Phone number | 10-digit number, similar to a traditional phone number<br><br>Regular business phone number can be text-enabled | 5- or 6-digit number<br><br>Regular business phone number cannot be text-enabled |
| Set-up | Set up is quick and easy, and you may up and running with a long code number in **as little as four hours** | Set up to run a short code campaign is lengthy, usually **four months**, and requires approval from multiple carriers |
| Price | Usually less than $100 per month | $500 – $1000 monthly leasing fee, plus additional messaging fees and monthly keyword fees |
| Recipient fees | End user charged only their standard messaging fees | End user may incur additional fees, including recurring monthly charges |

| | | |
|---|---|---|
| Reach | Usable across wireless carriers | Approval at the discretion of individual wireless carriers; approval process lengthy |
| | International capabilities | Use limited to the country of origin; each country in a campaign requires a unique number |
| Capabilities | Use the same phone number for voice calls, fax, and text | No voice or fax capabilities |
| Convenience | Clients can call the number you text them from | Clients cannot call the number you text them from |
| Longevity | Purchased for the long term and owned in the same way a company owns any telephone number | Leased for at most 12 months before renewal is required; shared short codes can simultaneously be used by other companies, such as your competition |

# Set-up

## Setting up a short code: Notoriously difficult

- Request a short code from Common Short Code Association (CSCA).
- Commit to paying a leasing fee for three, six, or 12 months, just to *register* your short code number, regardless of whether any wireless carriers approve your campaign (https://www.usshortcodes.com/info/get_a_short_code/start_sms_marketing_campaign/)
- Submit your campaign proposal to each wireless carrier, who may accept or reject your proposal, it's up to them
- Can't text any clients whose wireless carrier rejects your plan
- Get campaign itself vetted by the CSCA
- **Process usually takes four months**

## Setting up a long code: Super easy

- Fill out a form online or make a call
- **Be texting in as little as four hours**

# Pricing

## Short codes: Expensive

- $1000/month for a dedicated short code number (https://www.usshortcodes.com/info/get_a_short_code/start_sms_marketing_campaign/)
- $500/month for a shared short code you might share with your competitor

- Often additional per-message and keyword fees

## Long codes: Affordable

- $20/month – $200/month
- Usually unlimited texting

Leasing and running a three-month short-code campaign can cost more than an entire year of unlimited long-code service.

# Use

### Short codes: Mass blasts. Opt-in required.

- Promotions and deals
- Bill reminders
- Emergency notifications
- Weather updates
- Traffic updates
- Security notifications
- Sweepstakes and contests
- Voting

### Long codes: Personalized communication. No opt-in required.

- Sending appointment reminders
- Confirming appointment times
- Gathering customer information
- Providing targeted, valuable content
- Informing clients of opportunities
- Troubleshooting product or service problems
- Customer service chats

Clients can use long code to:

- Ask product questions
- Update contact information
- Inquire about service changes
- Confirm appointments
- Notify of late arrivals
- Solicit sales advice