

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, **Plaintiff**,<br><br>v.<br><br>Zeeto Group,<br><br>**Defendant** | §<br>§<br>§<br>§<br>§ Civil Case No. 4:17-CV-00882<br>§<br>§<br>§<br>§ |

**Plaintiff's Motion for Leave to Amend his Complaint**

1. The Plaintiff requests leave to amend his complaint with the complaint referred to and attachments filed as docket 13.

2. The Plaintiff has filed an amended complaint to cure all complained of deficiencies alleged in the Defendant's motion to dismiss. As the case is still in its infancy and the Plaintiff is well within the scheduling order's time to amend the complaint, amending the complaint prejudices none of the defendants and simply clarifies the complaint to address the issues raised in the defendant's motion to dismiss.

3. The defendants claim the Plaintiff must seek leave of the court to amend in their reply, and as such the Plaintiff is doing so now.

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206, Plano Tx 75075, 615-348-1977 3/27/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> Zeeto Group, <br><br> Defendant | § <br> § <br> § <br> § <br> § Civil Case No. 4:17-CV-00882 <br> § <br> § <br> § <br> § |

### Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants in this case via USPS First class mail to: Daniel S. Blynn, Venable, LLP 600 Massachussets Ave., NW Washington, DC 20001

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206, Plano, Tx 75075, 615-348-1977 3/27/2018