

FILED
MAY 1 0 2018
Clerk, U.S. District Court
Texas Eastern

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Zeeto Group,<br><br>Defendant | §<br>§<br>§<br>§<br>§ Civil Case No. 4:17-CV-00882<br>§<br>§<br>§<br>§ |

**Plaintiff's Unopposed Motion for Leave to Amend his Complaint**

1. The Plaintiff requests leave to amend his complaint to re-allege count I to just refer to the lack of identification information. The Plaintiff has conferred with the defendants counsel and they do not oppose this motion or amendment and the parties agree it will moot their pending motion to dismiss.

2. As the case is still in its infancy and the Plaintiff is well within the scheduling order's time to amend the complaint, amending the complaint prejudices none of the defendants and simply clarifies the complaint to address the issues raised in the defendant's motion to dismiss.

Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206, Plano Tx 75075, 615-348-1977 May 10, 2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Zeeto Group, Defendant | § § § § § § § § § § | Civil Case No. 4:17-CV-00882 |
|---|---|---|

## Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants in this case via USPS First class mail to: Daniel S. Blynn, Venable, LLP 600 Massachussets Ave., NW Washington, DC 20001

Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206, Plano, Tx 75075, 615-348-1977 May 10, 2018