# EXHIBIT 1

| Line # | Filing Date | Court | Case Number | Plaintiffs | Defendants |
|---|---|---|---|---|---|
| 1 | 5/18/2018 | USDC Central District of California | 2:18cv4180 | Craig Cunningham, individually and on behalf of all others similarly situated | Nationwide Business Resources Inc.; Does |
| 2 | 5/15/2018 | USDC Eastern District of Texas | 4:18cv362 | Craig Cunningham | Jay Politi; Nicholas Politi; Americo Financial Life and Annuity Company; One Resource Group; Jasmine Wicks; Axis Benefit Solutions Inc.; Axis Advisory Group Inc.; Moisos Espinosa; Katherine Brewer; Bryan Brewer; Monument Adjustment Bureau LLC |
| 3 | 5/7/2018 | USDC Minnesota | 0:18cv1262 | Craig Cunningham | Bluestream Brands Inc. dba Fingerhut |
| 4 | 4/16/2018 | USDC Middle District of Florida | 8:18cv919 | Craig Cunningham | Health Plan Intermediaries Holdings LLC dba Health Insurance Innovations |
| 5 | 3/19/2018 | USDC Middle District of North Carolina | 1:18cv224 | Craig Cunningham, on behalf of himself and all others similarly situated | Laboratory Corporation of America Holdings |
| 6 | 3/7/2018 | USDC Eastern District of Texas | 4:18cv161 | Craig Cunningham | Greenstar Capital Solutions LLC; Alex Silverman; Noah Silverman; Trusted Leads LLC; Schimeon Frederick; Tiffany Frederick |
| 7 | 3/5/2018 | USDC Eastern District of Texas | 4:18cv149 | Craig Cunningham | American Fresh Start LLC; Ahmed Salame |
| 8 | 2/20/2018 | USDC Eastern District of Texas | 4:18cv118 | Craig Cunningham | Mark D. Guidubaldi Associates LLC, doing business as Protection Legal Group; Law Office of Mark D. Guidubaldi LLC; Law Office of Sanford J. Feder LLC; Corporate Bailout LLC; Sanford J. Feder Esq.; Mark D. Guidubaldi Esq.; Cashflow Care LLC |
| 9 | 2/10/2018 | USDC Southern District of California | 3:18cv329 | Craig Cunningham | Student Loan Advocacy Group; Does |
| 10 | 1/16/2018 | USDC Eastern District of Texas | 4:18cv43 | Craig Cunningham | Crosby Billing Services, Corporation; Elexis Rivera; Maria Sanchez |
| 11 | 12/28/2017 | USDC Eastern District of Texas | 4:17cv894 | Craig Cunningham | Seven90 LLC; Joshua Askeroth; Slim Genie LLC; Shawn Milner; Herbal Groups Inc.; Patt Galvin; Scott Mustin; Professional Education Institute Inc.; Nexus Marketing LLC; Isaac Askeroth; United Marketing Group LLC; EES Global LLC; et al |
| 12 | 12/20/2017 | USDC Eastern District of Texas | 4:17cv882 | Craig Cunningham | Zeeto Group LLC; Stephen Goss |
| 13 | 12/18/2017 | USDC Southern District of Florida | 9:17cv81362 | Craig Cunningham | Pure Telephone Corp.; Brice Perdue; John/Jane Does 1-5 |

| # | Date | Court | Case No. | Plaintiff | Defendant |
|---|---|---|---|---|---|
| 14 | 12/14/2017 | USDC Western District of New York | 1:17cv1305 | Craig Cunningham | Channer LLC; Jerome Davis; Direct Capital Associates LLC; William Nelson; Lillian Roman |
| 15 | 12/13/2017 | USDC New Jersey | 3:17cv13050 | Craig Cunningham | Capital Advance Solutions LLC; Geoffrey Horn; Charles Betta; Daniel Logan; EBF Partners LLC; Webbank Corp.; Retail Capital LLC dba Credibly |
| 16 | 12/7/2017 | USDC Eastern District of Texas | 4:17cv839 | Craig Cunningham | Amber Florio; Law Offices of Amber Florio PLLC; Global Client Solutions LLC; Commonwealth Servicing Group LLC; Monmouth Marketing Group LLC; Tom Moran; DMB Financial LLC; Hal Browder; Matthew Guthrie |
| 17 | 11/9/2017 | USDC Eastern District of Texas | 4:17cv793 | Craig Cunningham | CBC Conglomerate LLC; Bruce Phillip Hood; Carey Gorge Howe; USFFC Inc.; Jay Singh; et al |
| 18 | 10/18/2017 | Montgomery County Court of Common Pleas | 2017-25050 | Craig Cunningham | Michael Montes; Emailmyvmail Com Inc.; Mydataguys Com LLC; Podmusicgear Com Inc.; Tollfreezone Com Inc. |
| 19 | 7/26/2017 | 7th Circuit Appeals | 17-2516 | Craig Cunningham | John and Jane Does |
| 20 | 7/25/2017 | USDC Maryland | 1:17cv2088 | Craig Cunningham, on behalf of himself and others similarly situated | Homeside Financial LLC |
| 21 | 6/13/2017 | USDC Eastern District of Texas | 4:17cv416 | Craig Cunningham | Global Receivables Solutions Inc. |
| 22 | 6/1/2017 | USDC Utah | 1:17cv87 | Craig Cunningham, individually and on behalf of all others similarly situated | Lexington Law Firm; Does |
| 23 | 5/12/2017 | USDC Northern District of Illinois | 1:17cv3605 | Craig Cunningham, individually and on behalf of others similarly situated | DHL Express (USA) Inc.; Dayton International Inc. dba InXpress Chicago |
| 24 | 5/9/2017 | USDC Northern District Texas | 3:17cv1238 | Craig Cunningham | Mark D. Guidubaldi Associates dba Protection Legal Group LLC |
| 25 | 5/4/2017 | 4th Circuit Appeals | 17-1592 | Craig Cunningham and all others similarly situated | General Dynamics Information Technology Inc. |
| 26 | 4/7/2017 | USDC Eastern District of New York | 2:17cv2080 | Craig Cunningham, on behalf of himself and all others similarly situated | Shore Funding Solutions Inc. |
| 27 | 4/7/2017 | USDC Eastern District of New York | 2:17cv2110 | Craig Cunningham, on behalf of himself and all others similarly situated | Loft Associates LLC dba Cheddar Express |
| 28 | 3/9/2017 | USDC Eastern District of Texas | 4:17cv174 | Craig Cunningham | Consumer Financial Resources LLC, doing business as Student Loan Resolve |
| 29 | 3/9/2017 | USDC Northern District Texas | 4:17cv215 | Craig Cunningham | Donald Nemec; Solstice Support Services LLC; Michael Barsoum; Adam Bonalanza |
| 30 | 3/3/2017 | USDC Western District of Oklahoma | 5:17cv237 | Craig Cunningham, individually and on behalf of all others similarly situated | Peoples Bank and Trust Co. |

| # | Date | Court | Case No. | Plaintiffs | Defendants |
|---|------|-------|----------|------------|------------|
| 31 | 2/24/2017 | USDC Northern District Texas | 3:17cv546 | Craig Cunningham | Telemarketers From 626-779-8018; Does 1-5 |
| 32 | 2/21/2017 | 4th Circuit Appeals | 17-1222 | Edith Bowler; Janet Hodgin; Michael Hodgin; Kenneth Clark; Dianna Mey; James Giles; Jason Bennett; Sandra Fairley; Scott Dolemba; Allen Beaver; Dakota Dalton; Diane Elder; Michelle Wakeley; Keith Finklea; Todd C. Bank; Newton Vaughn; Stewart N. Abramson; Lawrence Tarizzo; Darren R. Newhart; Brandon Frazer; Yvette Corralez-Estrada-Diaz; John Geraci; Shane Meyers; Matthew Barger; Jeffery Wagy; James G. Hough; Kerry O'Shea; George Cain; Merrill Primack; Philip Charvat; Stewart McCaw; Nicholas Shreders; Jonathan Mraunac; Vincent Brizgys; Craig Cunningham; Kenneth Moser; Bill Garcia; Bryan Anthony Reo; Anthony Cherter; Bruce Rorty | Monitronics International Inc.; UTC Fire and Security Americas Corporation Inc.; Alliance Security Inc. dba AH Security Inc. fka Versatile Marketing Solutions Inc. dba VMS Alarms; Alliance Security LLC; ISI Alarms NC Inc.; Honeywell International Inc.; Kevin Klink; Jayson Waller; Jasjit Gotra aka Jay Gotra; Alliance Home Protection; Lisa Haddad dba CCA Services LLC dba alarmillinois.com dba alarmindiana.com; Does; Home Security Solutions Inc; Brian Fabiano; Ryan J. Newcomer; 2 Gig Technology; Secure 1 Systems; Mike Mavarro; UTC Fire and America's Corporation; Kathy Mardaresco; Kathy McDonald; The Altitude Group LLC dba Core Home Security; Kevin Brody; Tran Consulting Group LLC; United Technologies Corporation |

| # | Date | Court | Case No. | Plaintiff | Defendants |
|---|---|---|---|---|---|
| 33 | 2/17/2017 | USDC Northern District of Indiana | 2:17cv77 | Craig Cunningham | Foresters Financial Services Inc., a Tennessee corporation; Octavia Pugh; Foresters Financial Holding Company Inc., a Delaware corporation; Gil Swets; Mike Samaroo; Mahendra Samaroo; America Insurance Group LLC, a Florida corporation; Oracle Senior Insurance Group Inc., a Florida corporation; Jason Gsoell; Insurance Professionals of America Inc., a Florida corporation; Angela Harris aka Angela Roach; Vipco Advisors Inc.; Jay Politi; Apptical Corp., a Florida corporation; United Life Associates LLC, a New Hampshire corporation; Andre Docos; Glea Gsoell; Pinnacle Senior Insurance Group Corp., a Florida corporation; Nationwide Senior Marketing Inc., a Florida corporation; I Click Advanced Marketing Company, a North Carolina corporation; Katie Boling |
| 34 | 2/15/2017 | USDC Northern District of Illinois | 1:17cv1216 | Craig Cunningham | Health Plan Intermediaries Holdings LLC dba Health Insurance Innovations; National Health Hub LLC; Cigna Corporation; Cost Containment Group Inc.; Loyal American Life Insurance Company; Alliance for Consumers USA Inc.; Shirley Garcia; Eric Banks; GIP Technology Inc.; Paul Maduno; Ada Maduno; Asentra Health Solutions LLC; Axis Insurance Company; Amalgamated Life Insurance Company; Broadspire Inc.; Champion Life Insurance Company; Chubb Group Insurance Company; Federal Insurance Company; Unified Life Insurance Company; National Congress of Employers Inc. |
| 35 | 2/4/2017 | USDC Northern District Texas | 3:17cv337 | Craig Cunningham | Nationwide Security Solutions; Nortek Security Control; Techforce National LLC |

| # | Date | Court | Case No. | Plaintiff | Defendants |
|---|------|-------|----------|-----------|------------|
| 36 | 1/20/2017 | USDC Middle District of Tennessee | 3:17cv152 | Craig Cunningham | Foresters Financial Services Inc.; Octavia Pugh; Foresters Financial Holding Co. Inc.; Gilbert Swets; Apptical Corp.; Michael Samaroo; Mahendra Samaroo; American Insurance Group LLC; Oracle Senior Insurance Group Inc.; Pinnacle Senior Insurance Group Corp.; Nationwide Senior Marketing Inc.; Katie Boling; Glea Gsoell; Jason Gsoell; Insurance Professionals of America Inc.; Angela Harris; Vipco Advisors Inc.; Jay Politi; I Click Advanced Marketing Co.; United Life Associates LLC; Andrew Decos |
| 37 | 1/20/2017 | USDC Middle District of Tennessee | 3:17cv151 | Craig Cunningham | Health Plan Intermediaries Holdings LLC dba Health Insurance Innovations; National Health Hub LLC; Cigna Corp.; Cost Containment Group Inc.; Loyal American Life Insurance Company; Alliance For Consumers USA Inc.; Shirley Garcia; Eric Banks; GIP Technology Inc.; Paul Maduno; Ada Maduno; Asentra Health Solutions LLC; Axis Insurance Co.; Amalgamated Life Insurance Co.; Broadspire Inc.; Champion Life Insurance Co.; Chubb Group Insurance Co.; Federal Insurance Co.; Unified Life Insurance Co.; National Congress of Employers Inc. |
| 38 | 1/16/2017 | USDC Eastern District of Texas | 4:17cv40 | Craig Cunningham | Careington International Corporation |
| 39 | 1/16/2017 | USDC Southern District of Texas | 4:17cv125 | Craig Cunningham, Tennessee resident | American General Life Insurance Company |
| 40 | 1/10/2017 | USDC Middle District of North Carolina | 1:17cv24 | Craig Cunningham, on behalf of himself and all others similarly situated | ShopperLocal LLC |
| 41 | 11/26/2016 | USDC Eastern District of Texas | 4:16cv905 | Craig Cunningham | Tranzvia LLC |
| 42 | 11/18/2016 | USDC Eastern District of Texas | 4:16cv889 | Craig Cunningham | Nationwide Security Solutions Inc.; Nortek Security Control LLC; HomePro Inc.; 5.Techforce National LLC |
| 43 | 11/17/2016 | USDC Middle District of Tennessee | 3:16cv2921 | Craig Cunningham | Sunshine Consulting Group LLC; Sunshine Consultation Services LLC dba Specialized Consumer Strategies; Donna Cologna; Cologna Building and Ground Services LLC; Does |

| # | Date | Court | Case No. | Plaintiff | Defendant |
|---|---|---|---|---|---|
| 44 | 11/17/2016 | USDC Western District of Wisconsin | 3:16cv761 | Craig Cunningham | Michael Montes; TollFreeZone.com Inc.; MyDataGuys.com LLC; PodMusicGear.com Inc.; TollFreeZone.com Inc. dba DocAuditor.Com; TollFreeZone.com Inc. dba Mobile TrackMe; EmailMyVMail.com Inc.; Does |
| 45 | 11/16/2016 | USDC Middle District of Tennessee | 3:16cv2922 | Craig Cunningham | Robert Jacovetti; Law Office of Robert Jacovetti PC; Pre-Paid Legal Services Inc. dba LegalShield; Pre-Paid Legal Casualty Inc.; Does |
| 46 | 11/4/2016 | USDC Northern District Texas | 4:16cv1026 | Craig Cunningham | National Health Insurance Company |
| 47 | 10/13/2016 | USDC Northern District Texas | 3:16cv2879 | <U>Important! Select Party Role </U>; Craig Cunningham; <U>Important! Select Party Role </U>; Techstorm Llc | |
| 48 | 10/13/2016 | USDC Northern District Texas | 3:16cv2880 | Craig Cunningham | Student Loan Assistance Center LLC |
| 49 | 10/12/2016 | USDC Northern District Texas | 3:16cv2872 | Craig Cunningham | National Health Insurance Co. |
| 50 | 10/12/2016 | USDC Southern District of Texas | 4:16cv3042 | Craig Cunningham | Family Life Insurance Company |
| 51 | 10/5/2016 | USDC Middle District of Tennessee | 3:16cv2629 | Craig Cunningham | Rapid Capital Funding LLC/RCF; Craig Hecker; GRS Telecom Inc. fka CallerID4U Inc.; Paul Maduno; GIP Technology Inc.; Ada Maduno; Luis Martinez; Merchant Worthy Inc.; Robert Bernstein; Bari Bernstein; Mace Horowitz; Spectrum Health Solutions Inc. dba Spectrum Lead Generation; Does |
| 52 | 9/19/2016 | USDC Middle District of Tennessee | 3:16cv2500 | Craig Cunningham | Seven90 LLC dba Blue Fox Nutrition; Joshua Askeroth; Eli Conner; Sharks Eat LLC; Green Earth Nutrition LLC; Thrive Nutra Inc.; Jeff Rappaport; Lindsay Rappaport; Justin James Rodabaugh; James Rodabaugh; Shanti Skin Care Inc.; Affiliate Truth LLC dba Blue Fox Nutrition dba Xtreme T Boost; Opus Products LLC; Brandon Petersen; J. Alejandro Montoya; Does |

| # | Date | Court | Case No. | Plaintiff | Defendants |
|---|------|-------|----------|-----------|------------|
| 53 | 9/9/2016 | USDC Middle District of Tennessee | 3:16cv2468 | Craig Cunningham | Steven Pratt; Pelvic Thrust Media LLC; Anvil Advertising Inc.; Branded Research Inc.; Matt Gaffney; Jeff Ackerman; The SV Trust; Praza LLC; Bumrush Media LLC; PDL Protect LLC; Rusty Robot Media LLC; Bad Loan Relief LLC; Michelle Dobler; Does |
| 54 | 9/1/2016 | USDC Middle District of Tennessee | 3:16cv2299 | Craig Cunningham | Joey Zoccali; Global Media and Rewards LLC; Professional Education Properties Inc.; Michael Hussey; MDLive Inc.; Randy Parker; Elite Marketing Inc.; William Kilichowski; Discount Drug Network LLC dba Allyhealth; Does |
| 55 | 8/30/2016 | USDC Eastern District of Virginia | 1:16cv1109 | Craig Cunningham | Gregory Charles Mitchell; Eastern Legal Services; Paul Hank aka Poul Hank; Karl Kepper; Does |
| 56 | 8/30/2016 | USDC Middle District of Tennessee | 3:17cv392 | Craig Cunningham | Eastern Legal Services; Paul Hank aka Poul Hank; Karl Kepper; 33Wireless Inc.; Luis Martinez; Message Communications Inc.; Supreme Data Connections LLC; William Adomanis; Robert Mahanian; Does |
| 57 | 8/26/2016 | USDC Middle District of Tennessee | 3:16cv2283 | Craig Cunningham | Spectrum Tax Relief LLC; Monserrat Araujo; Manuel Araujo; Victoria Blasiak; Araujo Law Office PC; Does |
| 58 | 8/26/2016 | USDC Middle District of Tennessee | 3:16cv2284 | Craig Cunningham | Local Lighthouse Corp.; Richard Paik; Eric Oakley; Does |
| 59 | 8/26/2016 | USDC Middle District of Tennessee | 3:16cv2285 | Craig Cunningham | First Class Vacations Inc.; Jeffrey Nahom; Rebecca Nahom; Firefly Travel Corp.; Does |
| 60 | 8/23/2016 | USDC Southern District of Florida | 0:16cv62029 | Craig Cunningham | Yellowstone Capital LLC; Integrity Capital Solutions Inc. |
| 61 | 7/14/2016 | USDC Northern District Texas | 3:16cv2054 | Craig Cunningham | Ccms Payment Services dba Fifth Manhattan |
| 62 | 7/7/2016 | USDC Middle District of Tennessee | 3:16cv1673 | Craig Cunningham | Alpha Recovery Corp. |
| 63 | 7/7/2016 | USDC Middle District of Tennessee | 3:16cv1675 | Craig Cunningham | Enhanced Recovery Co. LLC dba Enhanced Resource Centers |
| 64 | 7/7/2016 | USDC Middle District of Tennessee | 3:16cv1676 | Craig Cunningham | Collecto Inc. dba EOS CCA; Paul Leary Jr. |
| 65 | 7/7/2016 | USDC Middle District of Tennessee | 3:16cv1677 | Craig Cunningham | Focus Receivables Management LLC |
| 66 | 7/7/2016 | USDC Middle District of Tennessee | 3:16cv1678 | Craig Cunningham | Credit Pros International Corp.; Jason M. Kaplan; Damon Decrescenzo |
| 67 | 6/28/2016 | USDC Eastern District of Texas | 4:16cv450 | Craig Cunningham | Global Receivables Solutions |

| # | Date | Court | Case No. | Plaintiff | Defendants |
|---|------|-------|----------|-----------|------------|
| 68 | 6/22/2016 | USDC Central District of California | 2:16cv4542 | Craig Cunningham, individually and on behalf of all others similarly situated | Nationwide Business Resources Inc.; Does |
| 69 | 5/16/2016 | USDC Eastern District of Virginia | 1:16cv545 | Craig Cunningham, on behalf of all others similarly situated | General Dynamics Information Technology Inc. |
| 70 | 2/16/2016 | USDC Middle District of Tennessee | 3:16cv222 | Craig Cunningham | Shoutpoint Inc.; Michael Montes; Tollfreezone.com Inc.; James Christiano; Jeff Brian Zink |
| 71 | 2/16/2016 | USDC Middle District of Tennessee | 3:16cv223 | Craig Cunningham | The Vanderbilt University; Vanderbilt University Medical Center |
| 72 | 12/9/2015 | USDC Southern District of Florida | 0:15cv62580 | Craig Cunningham | Caribbean Cruise Lines Inc. dba Nationwide Reservations |
| 73 | 10/5/2015 | USDC Western District of Texas | 3:05CV370 | Craig Cunningham | Equinox Financial Mgmt. Solutions Inc.; Jane and John Does 1-10 |
| 74 | 9/22/2015 | USDC Northern District of West Virginia | 1:15cv169 | Craig Cunningham | The Altitude Group LLC dba Core Home Security; Ryan Neill; Kevin Brody; Monitronics International Inc.; UTC Fire and Security Americas Corp. Inc.; Geraud Danis; Tran Consulting Group LLC;  Does; 2 Gig Technology |
| 75 | 9/14/2015 | USDC Eastern District of North Carolina | 5:15cv465 | Craig Cunningham | Justin Ortiz; Medical Life Alarm LLC; PNHC LLC; Freeus LLC, a Florida corp.; Golden Aide Communications Inc. a Utah corp.; Joshua Garner; Healthcom Inc. an Illinois corp.; Aaron Kirk; Barbara Kirk; John/Jane Doe 1-10 |
| 76 | 9/14/2015 | USDC Middle District of Tennessee | 3:15cv989 | Craig Cunningham | Trilegiant Corp.; Quality Resources Inc.; Loyalty Solutions LLC; David Swanson; Keranique LLC; Hydroxatone LLC; Bellaplex LLC; Thomas Shipley; Andrew Surwilo; Sempris LLC; Atlantic Coast Media Group LLC; Does |
| 77 | 9/4/2015 | USDC Middle District of Tennessee | 3:15cv957 | Craig Cunningham | Rapid Capital Finance LLC; RCF LLC; RCF II LLC; Craig Hecker; Does |
| 78 | 8/25/2015 | USDC Middle District of Tennessee | 3:15cv929 | Craig Cunningham | The Altitude Group LLC dba Core Home Security; Ryan Neill; Kevin Brody; Monitronics International Inc.; 2 Gig Technology; UTC Fire and Security Americas Corp. Inc.; Geraud Danis; Tran Consulting Group LLC; Does |
| 79 | 8/17/2015 | USDC Middle District of Tennessee | 3:15cv893 | Craig Cunningham | National Payment Systems LLC dba Prestige Payments; Does |
| 80 | 8/17/2015 | USDC Middle District of Tennessee | 3:15cv894 | Craig Cunningham | Ignite Capital LLC; Ryan Sasson; Does |

| # | Date | Court | Case No. | Plaintiff | Defendants |
|---|---|---|---|---|---|
| 81 | 7/31/2015 | USDC Middle District of Tennessee | 3:15cv846 | Craig Cunningham | Rapid Response Monitoring Services, Inc.; Russell Macdonnell; Safeguard America, Inc.; Steven Masdeu; UTC Fire and Security America's Corporation, Inc.; Geraud Darnis; Homeland Security, LLC; Adam Coursey; Steven Johnson; Does |
| 82 | 7/31/2015 | USDC Middle District of Tennessee | 3:15cv847 | Craig Cunningham | Enagic USA, Inc.; Peter Polselli; Terry Collins; Rick Freeman; Angela Liner; Christian Kinney; The 7 Figure Wealth Corporation; Does |
| 83 | 5/15/2015 | USDC Middle District of Tennessee | 3:15cv566 | Craig Cunningham | Palmer Administrative Services, Inc. dba Liberty Automotive Protection; Michael Shaftel; Does |
| 84 | 5/12/2015 | USDC Middle District of Tennessee | 3:15cv554 | Craig Cunningham | Select Student Loan Help, LLC; Sara Arias; Cherise Clamese; Select Student Loan, Inc.; Does |
| 85 | 5/12/2015 | USDC Middle District of Tennessee | 3:15cv555 | Craig Cunningham | Educational Financial Solutions, LLC dba Campus Debt Solutions; HSD Holdings, Inc.; Howard S. Dvorkin; Beta Investment Group, Inc.; Trans 2 Pay, LLC |
| 86 | 4/27/2015 | USDC Southern District of California | 3:15cv926 | Craig Cunningham | Portfolio Recovery Associates, LLC |
| 87 | 4/21/2015 | USDC Middle District of Tennessee | 3:15cv467 | Craig Cunningham | Park Lane Digital Media; Ardalan Afshar; Ian Greenfield; Ari Afshar; Michael Baer; Doe |
| 88 | 4/16/2015 | USDC Middle District of Tennessee | 3:15cv439 | Craig Cunningham | CBC Conglomerate, LLC; Bruce Phillip Hood; Carey Gorge Howe |
| 89 | 4/16/2015 | USDC Middle District of Tennessee | 3:15cv440 | Craig Cunningham | Student Debt Relief Center, LLC; Mike Moretti; Mike Bianchi; Does |
| 90 | 3/6/2015 | USDC Middle District of Tennessee | 3:15cv224 | Craig Cunningham | Peak Legal Advocates; Debt Pay Gateway, Inc.; Susan Lafferty; Christopher Queen; SRH Ventures, Inc.; Lafferty Law Firm, P.C.; Richard Nodelman; Michael Williams; Henry Waters; Brian Grossman; James Crosby |
| 91 | 3/4/2015 | USDC Middle District of Tennessee | 3:15cv215 | Craig Cunningham | Kathy McDonald; VIM Holdings, Inc.; Does |
| 92 | 2/25/2015 | USDC Middle District of Tennessee | 3:15cv178 | Craig Cunningham | Endless Access, LLC; Endless Access Distributors, LLC; SaveOnResorts.Com, LLC; Scott Boykin; A. T. Mathis; TravelLink Corp.; Olen Miller; Does |

| # | Date | Court | Case No. | Plaintiff | Defendants |
|---|------|-------|----------|-----------|------------|
| 93 | 2/25/2015 | USDC Middle District of Tennessee | 3:15cv179 | Craig Cunningham | United Shuttle Alliance Transportation Corp. dba USA Travel and Tours; Silver Lake Resort, Ltd.; Armando Vazquez; Joseph Eulo |
| 94 | 2/25/2015 | USDC Middle District of Tennessee | 3:15cv177 | Craig Cunningham | Portfolio Recovery Associates, LLC |
| 95 | 2/24/2015 | USDC Middle District of Tennessee | 3:15cv165 | Craig Cunningham | Vital Recovery Services, LLC |
| 96 | 2/23/2015 | USDC Middle District of Tennessee | 3:15cv167 | Craig Cunningham | Windham Professionals, Inc. |
| 97 | 2/23/2015 | USDC Middle District of Tennessee | 3:15cv168 | Craig Cunningham | Constar Financial Services, LLC |
| 98 | 2/23/2015 | USDC Middle District of Tennessee | 3:15cv166 | Craig Cunningham | IC Systems, Inc. |
| 99 | 1/28/2015 | USDC Middle District of Tennessee | 3:15cv90 | Craig Cunningham | Dish Network, LLC; All American Dish |
| 100 | 1/6/2015 | USDC Middle District of Tennessee | 3:15cv10 | Craig Cunningham | United Recovery Systems, L.P.; Dontae Gilberth |
| 101 | 1/6/2015 | USDC Middle District of Tennessee | 3:15cv11 | Craig Cunningham | United Collection Bureau |
| 102 | 12/31/2014 | USDC Middle District of Tennessee | 3:14cv2410 | Craig Cunningham | Trans Union; Ocwen Loan Servicing, LLC; Chase |
| 103 | 12/31/2014 | USDC Middle District of Tennessee | 3:14cv2409 | Craig Cunningham | Navient; SLM Corporation |
| 104 | 12/29/2014 | USDC Middle District of Tennessee | 3:14cv2398 | Craig Cunningham | Citibank |
| 105 | 12/29/2014 | USDC Middle District of Tennessee | 3:14cv2399 | Craig Cunningham | Lilly Management and Marketing, LLC dba USA Vacation Station, LLC |
| 106 | 12/29/2014 | USDC Middle District of Tennessee | 3:14cv2400 | Craig Cunningham | Newport Marketing, LLC |
| 107 | 12/29/2014 | USDC Middle District of Tennessee | 3:14cv2401 | Craig Cunningham | Ushop Marketing Group, LLC; Marketing Solutions |
| 108 | 11/7/2014 | USDC Middle District of Tennessee | 3:14cv2181 | Craig Cunningham | Trilegiant Corporation; Trilegiant Insurance Services; Affinion Publishing, LLC; Verde Energy USA, Inc.; Safe Data Trust, Inc.; Larry Rolen; Alan Field; Exclusive Incentive Marketing, Inc.; Douglas Freedman; Jason Stavitsky |
| 109 | 10/9/2014 | USDC Northern District of West Virginia | 1:14cv169 | Craig Cunningham | Alliance Security; Does |
| 110 | 8/27/2014 | USDC Middle District of Tennessee | 3:14cv1763 | Craig Cunningham | Ocenture |
| 111 | 8/27/2014 | USDC Middle District of Tennessee | 3:14cv1764 | Craig Cunningham | Membership Engagement Services, LLC |
| 112 | 7/31/2014 | USDC Middle District of Tennessee | 3:14cv1574 | Craig Cunningham | Kondaur Capital; 800 Resources Group; Park View Law |
| 113 | 6/9/2014 | USDC Middle District of Tennessee | 3:14cv1277 | Craig Cunningham | Kyle Robertson; Healing Group Consultants; Ivan Baker; The Right Place Detox; Ft. Lauderdale Addiction; Holistix By The Sea; Midwest Marketing, LLC |
| 114 | 6/9/2014 | USDC Middle District of Tennessee | 3:14cv1276 | Craig Cunningham | First Source Advantage |
| 115 | 5/15/2014 | USDC Middle District of Tennessee | 3:14cv1184 | Craig Cunningham | Stellar Recovery Group |
| 116 | 4/22/2014 | USDC Middle District of Tennessee | 3:14cv1040 | Craig Cunningham | Caribbean Cruise Line; John/Jane Does 1-10 |

| # | Date | Court | Case No. | Plaintiff | Defendants |
|---|---|---|---|---|---|
| 117 | 3/18/2014 | USDC Middle District of Tennessee | 3:14cv769 | Craig Cunningham | Alliance Security; John/Jane Does 1-10 |
| 118 | 3/18/2014 | USDC Middle District of Tennessee | 3:14cv770 | Craig Cunningham | Addiction Intervention; John/Jane Does 1-10 |
| 119 | 10/22/2013 | USDC Middle District of Tennessee | 3:13cv1166 | Craig Cunningham | Equifax; Mrs. Bank |
| 120 | 4/14/2010 | Dallas County Law Court | 1002483-C | Craig Cunningham | All Inclusive Excursions; Royal Palms Travel Inc.; Royal Palm Travel dba All Inclusive Excursions; Travel Services Inc. aka Funseekers Vacations Inc.; Adrian Miller; William Bailey; Christy Spensberger |
| 121 | 2/24/2010 | Dallas County Law Court | 1001332-D | Craig Cunningham | Infinity Vacations LLC; Wachovia Corp.; Brad Cormack; Craig Narez; John Narez; Kyle Stoops |
| 122 | 12/8/2009 | USDC Northern District Texas | 3:09cv2338 | Craig Cunningham | Infinity Vacations LLC; Wachovia Corp.; Brad Cormack; Craig Narez; John Narez; Kyle Stoops |
| 123 | 8/12/2009 | USDC Northern District Texas | 3:09cv1497 | Craig Cunningham | Credit Management LP; James Hawkins; Steve Brockett; Nelson Wilson; John/Jane Does 1-35 |
| 124 | 10/10/2008 | USDC Northern District Texas | 3:08cv1794 | Craig Cunningham | Advanta Corp. |
| 125 | 9/10/2008 | Dallas County District Court | 08-12328-J | Craig Cunningham | Advanta Corp.; Dennis Alter; John Moore; William Rosoff; Philip Browne; David Weinstock; Gary Moderim; John/Jane Does 1-5 |
| 126 | 7/11/2007 | USDC Western District of Texas | 3:07CV244 | Craig Cunningham | Alliance One Inc.; Andy Grace; International Fidelity Insurance Co.; John/Jane Does 1-15 |
| 127 | 2/16/2006 | USDC Western District of Texas | 3:06CV55 | Craig Cunningham | NCO Financial Systems; John/Jane Does 1-10 |