# EXHIBIT 4

IN THE **DREAMY DRAW JP (NORTHEAST PHX)** COURT
STATE OF ARIZONA, COUNTY OF MARICOPA

PAGE 1 OF 3

****FINAL****   RELEASE QUESTIONNAIRE

**Notice: Unless a specific Form IV is sealed or ordered redacted by the Court, all Form IVs are public records of the Court or Clerk at the time they are provided to the Court and will be released in their entirety upon request.**

DEFENDANT'S NAME: **JACQUELINE CLAIRE ADES**   DOB: [REDACTED]   BOOKING NO. [REDACTED]

ALIAS(ES): ____   CASE NO. ____

### A. GENERAL INFORMATION

Charges
1 Cts. 13-2923A1B1 STALKING-FEAR PHYS INJ VICTIM F5
1 Cts. 13-1202A1 THREAT-INTIM W/INJ-DMGE PROP F6
1 Cts. 13-2921A1 HARASS BY COMMUNICATION M1

Pursuant to A.R.S. §41-1750 ten-print fingerprints were taken of the arrested person?  ☒ Yes  ☐ No
If yes, PCN =

Pursuant to A.R.S. §13-610 one or more of the above charges requires the arresting agency to secure a DNA sample from the arrested person?  ☐ Yes  ☒ No

If yes, does the defendant have a valid DNA sample on file with AZDPS?  ☐ Yes  ☐ No

If no, Arresting Agency has taken required sample?  ☐ Yes  ☐ No

Offense Location:
Offense Date: 2018-04-16
Arrest Location: [REDACTED]
Date: 2018-05-08  Time: 09:11

### B. PROBABLE CAUSE STATEMENT
1. Please summarize and include the facts which establish probable cause for the arrest:
   **See Addendum (Page 3)**

### C. OTHER INFORMATION (Check if applicable)
1. ☒ Defendant is presently on probation, parole or any other form of release involving other charges or convictions:
Explain:

2. List any prior:
Arrests?

Convictions?

F.T.A.'s?

3. Is there any indication the defendant is:
☐ An Alcoholic?   ☐ An Addict?
☒ Mentally disturbed?   ☐ Physically Ill?

4. ☐ Defendant is currently employed
With whom
How long:
5. Where does the defendant currently reside? [REDACTED]
With whom **NA**
How long: ____ years  **1** months  ____ days
6. What facts indicate the defendant will flee if released?
Explain: **SHE HAS PRIOR FTA AND STATED SHE WILL GO TO FLORIDA WHEN RELEASED**

7. What facts does the state have to oppose an unsecured release? Explain: **SHE HAS ALREADY FTA CHARGES, HER BEHAVIOR HAS ESCALATED SINCE FIRST ARREST, VICTIM IS CONCERNED FOR HIS SAFETY**

### D. CIRCUMSTANCES OF THE OFFENSE (Check if applicable)
1. ☐ Firearm or other weapon was used
Type:

☐ Someone was injured by the defendant

☐ Medical attention was necessary
Nature of injuries: **N/A**

2. ☒ Someone was threatened by the defendant
Nature and extent of threats: **STATED SHE WOULD KILL VICTIM IF HE LEFT HER, STATED SHE WOULD CUT VICTIM UP AND WEAR HIS BODY PARTS**

3. Did the offense involve a child victim? ☐ Yes ☒ No
If yes, was DCS notified? ☐ Yes ☒ No

4. If property offense, value of property taken or damaged:

☐ Property was recovered
5. Name(s) of co-defendant(s):

**DEFENDANT'S NAME** JACQUELINE CLAIRE ADES   **DOB** ▮▮▮▮   **BOOKING NO.** ▮▮▮▮

**CASE NO.** ▮▮▮▮   Page 2 of 3

**E. CRIMES OF VIOLENCE**
1. Relationship of defendant to victim:

   ☐ Victim(s) and defendant reside together

2. How was the situation brought to the attention of the police?
   ☐ Victim   ☐ Third Party   ☐ Officer observed

3. ☐ There are previous incidents involving these same parties
   Explain:

3. ☒ Evidence of the offense was found in the defendant's possession
   Explain: PHONE USED TO TEXT VICTIM

4. Was the defendant under the influence of alcohol or drugs at the time of the offense?
   ☐ Yes   ☐ No   ☒ Unk

**H. DRUG OFFENSES**
1. If the defendant is considered to be a drug dealer, please state the supporting facts:

4. Is defendant currently the subject of:
   ☐ An order of protection   ☐ Any other court order

   ☐ Injunction against harassment

   Explain:

2. What quantities and types of illegal drugs are directly involved in the offense?

**F. DOMESTIC VIOLENCE ISSUES (Check if applicable)**
Defendant's actions

☐ Threats of homicide/suicide/bodily harm
☐ Control/ownership/jealousy issues   ☐ Crime occurs in public
☐ Prior history of DV   ☐ Kidnapping
☐ Frequency/intensity of DV increasing   ☐ Depression
☐ Access to or use of weapons   ☐ Stalking behavior
☐ Violence against children/animals
☐ Multiple violations of court orders

☐ Drug field test completed

☐ Defendant admission of drug type
Approximate monetary value: $
3. Was any money seized?
   ☐ Yes   ☐ No
Amount: $

**I. ADDITIONAL INFORMATION**
1. Military Service:

   Has the defendant served in the military services of the United States?   ☐ Yes   ☐ No   ☒ Unknown

   If yes, currenlty on active duty?   ☐ Yes   ☐ No

   Branches Served In: _____ _____
   (**AF** - Air Force **AR** - Army **CG** - Coast Guard **MC** - Marine Corp
   **MM** - Merchant Marines **NG** - National Guard **NV** - Navy
   **RS** - Reserves)

**G. CIRCUMSTANCES OF THE ARREST (Check if applicable)**
1. Did the defendant attempt to:

   ☐ Avoid arrest   ☐ Resist arrest   ☐ Self Surrender
   Explain:
   N/A

2. Is the defendant homeless?
   ☐ Yes   ☒ No   ☐ Unknown

3. Do you need the court to provide an interpreter to help communicate and to understand what is being said?
   ☐ Yes   ☒ No

   If so, what language:

2. ☐ Defendant was armed when arrested
   Type:

**If a fugitive arrest, a Form IVA must also be completed**

I certify that the information presented is true to the best of my knowledge.

| B. MARSHALL/183 | AZ0071900/480-948-7410 | 2018-05-08 |
|---|---|---|
| ARRESTING OFFICER/SERIAL NUMBER | ARREST AGENCY/DUTY PHONE NUMBER | DATE |
| 201815569/AZ0071900 | / | / |
| DEPARTMENTAL REPORT NO. | DEPARTMENTAL REPORT NO. | DEPARTMENTAL REPORT NO. |

## ADDENDUM

### B1. Probable Cause Statement

ON 4/8/18, DEFENDANT WAS ARRESTED FOR CRIMINAL TRESPASS FIRST DEGREE, AFTER SHE UNLAWFULLY ENTERED THE VICTIMS RESIDENCE WHEN HE WAS NOT HOME. DURING THIS TIME, OFFICERS LOCATED A LARGE BUTCHER KNIFE ON THE PASSENGER SEAT OF DEFENDANTS CAR. DEFENDANT WAS ON FELONY RELEASE IN THAT CASE AND FAILED TO APPEAR FOR SUBSEQUENT COURT DATES. ON 4/24/18, A BENCH WARRANT WAS ISSUED IN THAT CASE CR2018117644. ON 4/30/18, VICTIM CONTACTED DET MARSHALL ON THE PHONE. VICTIM ADVISED THAT HE HAD BEEN RECEIVING NUMEROUS THREATENING MESSAGES FROM HER VIA TEXT MESSAGES. VICTIM STATED THAT HE ORIGINALLY MET DEFENDANT THROUGH AN ONLINE DATING WEBSITE AND WENT ON ONE DATE WITH HER. VICTIM STATED THAT AFTER THAT DATE, DEFENDANT BEGAN STALKING AND HARASSING HIM. VICTIM STATED THAT HE HAS RECEIVED APPROXIMATELY 65,000 MESSAGES FROM DEFENDANT AND THAT SHE WILL SEND 500 A DAY. VICTIM STATED THAT MANY OF DEFENDANTS MESSAGES ARE THREATENING, INCLUDING MULTIPLE DEATH THREATS, AND THAT HE WOULD LIKE TO PRESS CHARGES. VICTIM SENT DET MARSHALL SCREENSHOTS OF TEXT MESSAGES HE RECEIVED BETWEEN 4/16/18 AND 4/28/18. DET MARSHALL OBSERVED NUMEROUS THREATENING MESSAGES, INCLUDING "U DO WHATEVER U HAVE TO DO TO GET HERE... BUT DONT EVER TRY TO LEAVE ME... ILL KILL YOU... I DONT WANNA BE A MURDERER!!!!", "I HOPE YOU DIE... ROTTON FILTHY JEW... LOLOLOL IM LIKE THE NEW HITLER... MAN WAS A GENIUS", "ID WEAR UR FASCIA N THE TOP OF UR SKULL N UR HANDS N FEET", AND "OH WHAT WOULD I DO W UR BLOOD! ... ID WANNA BATHE IN IT". ON 5/7/18, VICTIM CONTACTED DET MARSHALL AND STATED THAT DEFENDANT HAD SHOWN UP AT HIS WORK ON FRIDAY 5/4/18 LOOKING FOR HIM, AND STATING SHE WAS HIS WIFE. SCOTTSDALE POLICE RESPONDED AND TRESPASSED DEFENDANT FROM THE PROPERTY. VICTIM STATED THAT HE IS OUT OF THE COUNTRY CURRENTLY BUT THAT HE IS LEGITIMATELY CONCERNED FOR HIS SAFETY WHEN HE RETURNS. ON 5/8/18, DET MARSHALL AND DET HADLEY ARRESTED DEFENDANT AT HER RESIDENCE. AT THE PARADISE VALLEY POLICE STATION, DET MARSHALL MIRANDIZED DEFENDANT AND QUESTIONED HER ABOUT HER TEXT MESSAGES. DEFENDANT STATED THAT SHE SENDS VICTIM TEXT MESSAGES ALL DAY BUT HE NEVER RESPONDS. DEFENDANT STATED THAT SHE SENT THE THREATENING TEXT MESSAGES TO VICTIM BECAUSE SHE WAS SCARED THAT HE CALLED THE POLICE ON HER. DEFENDANT STATED THAT SHE DID NOT WANT TO HURT VICTIM BECAUSE SHE LOVED HIM AND THAT SHE THREATENED HIM BECAUSE SHE DID NOT WANT HIM TO LEAVE. DEFENDANT STATED THAT SHE KNEW HER STATEMENTS WERE CRAZY AND THAT SHE WOULD RETURN TO FLORIDA WHEN RELEASED.

# SUPERIOR COURT OF ARIZONA FOR
## Maricopa County
### Final Release Order and Order Regarding Counsel

| State of Arizona | 1 Cnt THREAT-INTIM W/ F6 | 1 Cnt HARASS BY COMMU M1 | CaseNumber: **PF2018117644001** |
| --- | --- | --- | --- |
| vs. | 1 Cnt STALKING-FEAR F F5 | | Booking#: |
| **Jacqueline Claire Ades** | | | |

It is hereby ordered that **Jacqueline Claire Ades shall NOT be released** as indicated and must comply with ALL release conditions.

## NEXT HEARINGS

**Status Conference** — May 15, 2018 at 08:30 AM at South Court Tower, 175 W. Madison Street, 3rd Floor, Phoenix, AZ, 85003-2243 Courtroom: 3A **Docket: RCCT1**

**Preliminary Hearing** — May 18, 2018 at 08:45 AM at South Court Tower, 175 W. Madison Street, 3rd Floor, Phoenix, AZ, 85003-2243 Courtroom: 3A **Docket: RCCT1**

**Evidentiary Hearing** — May 16, 2018 at 01:30 PM at South Court Tower, 175 W. Madison Street, 3rd Floor, Phoenix, AZ, 85003-2243 Courtroom: 3D **Docket: RCCT2**

**WARNING:** If the defendant appears at the next hearing without a lawyer, the hearing may still proceed as scheduled.

## RELEASE TYPE

**Not Bailable As A Matter of Right**

The Defendant is Not-Bailable as a matter of Right and shall NOT be released from custody in this Cause Number until further order of the Court. The defendant is Not-Bailable for the following reason:
**On Felony Release**

The Court has determined that you are not eligible for release. To challenge this determination at any time during your case, a written motion must be filed with the Clerk of the Court and a copy of the motion must be delivered to the Central Court Building Criminal Information Desk, 201 W Jefferson (second floor), Phoenix, Arizona.

## RELEASE CONDITIONS

1. You are not to initiate contact with the alleged victim or victims.

You must appear at all court proceedings in this case or your release conditions can be revoked, a warrant will be issued and proceedings may go forward in your absence. You must maintain contact with your attorney. If convicted, you will be required to appear for Sentencing. If you fail to appear, you may lose your right to a direct appeal. In addition, failure to appear at a future court proceeding may result in a waiver of any claim that you were not informed of a plea offer made in your case by the State. **a.** You will appear to answer and submit to all further orders and processes of the court having jurisdiction of the case. **b.** You will refrain from committing any criminal offenses. **c.** You will diligently prosecute any appeal. **d.** You will not leave the state without permission of the court. If you violate any conditions of this release order, the court may order the bond and any security deposited in connection therewith forfeited to the State of Arizona. In addition, the court may issue a warrant for your arrest upon learning of your violation of any conditions of your release. After a hearing, if the court finds that you have not complied with the conditions of release, it may modify the conditions or revoke your release altogether.

If you are released on a felony charge, and the court finds the proof evident or the presumption great that you committed a felony during the period of release, the court must revoke your release. You may also be subject to an additional criminal charge, and upon conviction you could be punished by imprisonment in addition to the punishment which would otherwise be imposable for the crime committed during the period of release. Upon finding that you violated conditions of release, the court may also find you in contempt of court and sentence you to a term of imprisonment, a fine, or both.

## ATTORNEY APPOINTMENT

The Court finds you to be indigent and orders an attorney to provide you representation.
You must contact the Office of the Maricopa County Public Defender at **620 W. Jackson Street, Suite 4015, Phoenix, AZ 85003. 602-506-7711**



# SUPERIOR COURT OF ARIZONA FOR
## Maricopa County

### Final Release Order and Order Regarding Counsel

Case#: **PF2018117644001**
Booking#: 

## ACKNOWLEDGEMENT BY DEFENDANT

I have received a copy of this form. I understand the standard conditions, all other conditions, and the consequences of violating this release order. I agree to comply fully with each of the conditions imposed on my release and to notify the court promptly in the event I change my place of residence.

Date 5/9/2018 8:00:00 AM

Address: 

City, State, Zip 

_Jane McLaughlin_
**Jane McLaughlin**
Judge / Commissioner

Signature: 

**Jacqueline Claire Ades**
Defendant