**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>  Plaintiff,<br>   v.<br><br>ZEETO GROUP, LLC,<br><br>  Defendant. | No. 4:17-cv-00882-ALM-CAN |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Upon Consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, the Motion is hereby GRANTED.

IT IS SO ORDERED.