UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
JUL 17 2018
Clerk, U.S. District Court
Texas Eastern

CRAIG CUNNINGHAM,

    Plaintiff,

v.

ZEETO GROUP, LLC,

    Defendant.

No. 4:17-cv-00882-ALM-CAN

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and this Court's June 19, 2018 Order (ECF 49), Plaintiff hereby voluntarily dismisses his claims against Defendant ZeetoGroup, LLC with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July __17th__, 2018

Respectfully submitted,

_____
Craig Cunningham
3000 Custer Road, Suite 270-206
Plano, TX 75075
Ph.: 615-348-1977
projectpalehorse@hushmail.com

*Plaintiff Pro Se*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, <br><br> Plaintiff, <br> v. <br><br> ZEETO GROUP, LLC, <br><br> Defendant. | No. 4:17-cv-00882-ALM-CAN |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed to the Defendant on July _17th_, 2018 via USPS first-class mail to: Daniel S. Blynn, Venable LLP, 600 Massachusetts Ave., NW Washington, DC 20001.

Craig Cunningham

*Plaintiff Pro Se*