# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-882 |
| | § | |
| ZEETO GROUP, LLC | § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Notice of Voluntary Dismissal with Prejudice (Dkt. #51) filed in this cause by Plaintiff Craig Cunningham. After considering the Voluntary Dismissal with Prejudice, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff Craig Cunningham's claims against Defendant Zeeto Group, LLC, are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this the 18th day of July, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE